# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: MEDICAL REVIEW PANEL
OF PATRICE DANIELLE DAWSON

NO.  2024 CW 0332

VERSUS

KATHERINE FORD CHIASSON, MD,
AND B.R.A.S.S. PARTNERSHIP
IN COMMENDAM D/B/A
B.R.A.S.S. SURGERY CENTER
SURGICAL CARE AFFILIATES,
LLC

**JUNE 3, 2024**

---

In Re:    Katherine   Ford   Chiasson,   M.D.,   applying   for
supervisory  writs,  19th  Judicial  District  Court,
Parish of East Baton Rouge, No. 742655.

---

**BEFORE:   WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED.**

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT